IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BENJAMIN BEDOGWAR ORYANG,
#168079,

  Plaintiff,

V.

  CIVIL ACTION NO. 2:21-CV-23-WHA-SRW

DR. TAHIR SIDDIQ, et al.,

  Defendants.

RECEIVED
2021 MAR -5  A 10: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION IN LIMELINE

Comes now plaintiff Benjamin B. Oryang, Pro Se, pursuant to Rule 15(d), Fed. Rules of Civil Procedure and this Honorable Court's Order of February 18, 2021 (Doc. 21), and shows as follows:

1. The factual predicate of claims asserted in plaintiff's complaint began in 1999 and have developed more each year since then, for a current total of 25 defendants who personally subjected plaintiff to unconstitutional actions over the 22 year span involved in the case. (Plaintiff also names 5 "Persons of Interest")

2. This Honorable Court ordered that plaintiff name and specifically identify each individual plaintiff alleges violated his Constitutional rights, and that plaintiff specifically describe how each listed defendant acted in a manner that deprived him of his Constitutional rights. (Doc. 21). (The Court provided a form, with instructions that plaintiff use the form for submission of the ordered Amended Complaint).

3. To comply with the Court's order and still present sufficient

—1—

pleadings that can meet the requirements of 42 U.S.C. Section 1983, while allowing plaintiff to raise all his claims, plaintiff has supplemented the Amended Complaint Form by:

(i) Adding additional pages within which to provide more definite and complete statements.

(ii) Designating temporary titles like "John Doe", "Jane Doe", and last names to represent full names that plaintiff does not currently possess, but which can be ascertained from plaintiff's prison medical file and/or ADOC prison logs at Donaldson, Kilby, St. Clair, and Bullock, and Draper Correctional Facilities respectively.

Wherefore, premise considered, plaintiff prays that the Court will:

1. Accept the pleadings as filed in supplemental format
2. Reserve the opportunity for plaintiff to make supplemental amendments to convert designated names for full legal names as the case progresses and plaintiff gains possession of the names.

Respectfully submitted,

_____ / 03/04/2021
BENJAMIN B ORYANG / DATE
2690 MARION SPILLWAY ROAD
STATON CORRECTIONAL FACILITY
ELMORE, AL. 36025

—2—

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 1-Day
MILLBROOK, AL
36054
MAR 04, 21
AMOUNT
$0.00
R2305E124593-05

MAR 04 2021

# UNITED STATES POSTAL SERVICE | PRIORITY MAIL

FROM: Postage is Over →

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## PRIORITY MAIL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: BENJAMIN B. ORYANG
AIS #168079 F2-34A
STATON CORR. FAC.
2960 MARION SPILLWAY RD.
ELMORE, AL. 36025

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT, AL.
B110 F.M. JOHNSON, JR COURTHOUSE CPLX
ONE CHURCH STREET
MONTG. AL, 36101-071

## LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

EXPECTED DELIVERY DAY: 03/05/21

USPS TRACKING® #

9505 5118 6011 1063 5866 10

PS00001000060
Legal Flat Rate
EP14L May 20
OD: 15 x 9.5

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE