IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN BEDOGWAR ORYANG, # 168 079, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CASE NO. 2:21-CV-23-WKW ) [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On July 19, 2021, the Magistrate Judge filed a Recommendation that this court deny Plaintiff's motion for a preliminary injunction, which seeks multiple forms of relief. (Doc. # 98.) Plaintiff filed a timely objection to the Recommendation. (Doc. # 101.) On November 18, 2021, the Magistrate Judge entered a Supplemental Recommendation to address Plaintiff's argument that the Recommendation failed to address his request for a preliminary injunction to enjoin Defendants from retaliating against him for filing this lawsuit. (Doc. # 108.) No objections were filed to the Supplemental Recommendation.

Upon *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. # 101) to the Recommendation (Doc. # 98) are OVERRULED;

(2) The Recommendation (Doc. # 98) and Supplemental Recommendation (Doc. # 108) are ADOPTED; and

(3) Plaintiff's motions for preliminary injunction (Docs. # 26, 36) are DENIED.

DONE this 7th day of December, 2021.

                                                        /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE