IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN BEDOGWAR ORYANG, # 168 079, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-23-WKW ) [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's motion for reconsideration (Doc. # 74) of the District Judge's Order entered on April 21, 2021 (Doc. # 64). In the April 21 Order, the District Judge overruled Plaintiff's objection to the Magistrate Judge's Order of March 30, 2021, because the March 30 Order was neither clearly erroneous nor contrary to law. (Doc. # 64.)

Plaintiff's motion presents no legal or factual basis for reconsidering the April 21 Order (Doc. # 64). Accordingly, it is ORDERED that Plaintiff's motion for reconsideration (Doc. # 74) is DENIED.

DONE this 7th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE