IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN BEDOGWAR ORYANG, # 168 079, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:21-CV-23-WKW [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 29, 2021, the Magistrate Judge filed a Recommendation that Plaintiff's claims in the amended complaint against Defendants Alabama Department of Corrections, Dr. Tahir Siddiq, Dr. Chandler, and Dr. Owens be dismissed under 28 U.S.C. § 1915A(b)(1).  (Doc. # 27.)   Plaintiff filed an objection to the Recommendation.  (Doc. # 51.)  On April 27, 2021, the Magistrate Judge entered a Supplemental Recommendation as to Plaintiff's claims against the Alabama Department of Corrections and Dr. Siddiq.  (Doc. # 66.)  Plaintiff filed an objection to the Supplemental Recommendation.  (Doc. # 78.)

Upon *de novo* review of those portions of the Recommendation and Supplemental Recommendation to which objection is made, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1)   Plaintiff's objections (Doc. # 51) to the Recommendation (Doc. # 27) are OVERRULED;

(2)   The Recommendation (Doc. # 27) is ADOPTED;

(3)   Plaintiff's objections (Doc. # 78) to the Supplemental Recommendation (Doc. # 66) are OVERRULED;

(4)   The Supplemental Recommendation (Doc. # 66) is ADOPTED.

(5)   Plaintiff's claims in the amended complaint (Doc. # 25) against Defendants Alabama Department of Corrections and Dr. Tahir Siddiq are DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1);

(6)   Defendants Alabama Department of Corrections, Dr. Tahir Siddiq, Dr. Chandler, and Dr. Owens are TERMINATED as parties to the amended complaint;

(7)   Plaintiff's claims in the amended complaint (Doc. # 25) against Defendants Dr. Chandler and Dr. Owens are DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1); and

(8)   This action is REFERRED back to the Magistrate Judge for further proceedings against the remaining Defendants.

DONE this 7th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE