IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN BEDOGWAR ORYANG, # 168 079, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:21-CV-23-WKW [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On November 18, 2021, the Magistrate Judge entered a Supplemental Recommendation on Plaintiff's motion for a preliminary injunction. (Doc. # 108.) On December 7, 2021, the court adopted the Supplemental Recommendation after no objections were filed. (Doc. # 110.) Later the same day, Plaintiff's objections to the Supplemental Recommendation were received and docketed. (Doc. # 113.) The objections are timely.[1]

Upon *de novo* review of those portions of the Supplemental Recommendation to which Plaintiff objects, *see* 28 U.S.C. § 636, it is ORDERED that the objections

---

[1] "Under the prison mailbox rule, a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing. Absent evidence to the contrary, [courts] assume that the prisoner's filing was delivered to prison authorities the day he signed it." *Daker v. Comm'r, Ga. Dep't of Corrs.*, 820 F.3d 1278, 1286 (11th Cir. 2016) (cleaned up).

(Doc. # 113) are OVERRULED and that the December 7, 2021 Order (Doc. # 110) is REAFFIRMED.

DONE this 16th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE