IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN BEDOGWAR ORYANG, AIS #168079, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACT. NO. 2:21-cv-23-ECM ) |
| MS. WAUGH, *et al.*, | ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date adopting the Recommendation of the Magistrate Judge, and pursuant to Federal Rule of Civil Procedure 54(b), it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered against the Plaintiff and in favor of Defendants Ms. Waugh, Lieutenant Parker, Deidre Prevo, Dr. Bell, Dr. Perryman, Joseph Headley, Wexford Health Services, Dr. Mike Borowicz, Christopher Gordy, and Jefferson Dunn, and the action against those Defendants is DISMISSED with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of March, 2024.

          /s/ Emily C. Marks
    EMILY C. MARKS
    CHIEF UNITED STATES DISTRICT JUDGE